*Nelson Trusler* and *G. Trusler*, for the appellee.

------------

## GUARD *v.* CIRCLE.

In an action before a justice of the peace, the jurisdiction, as to the amount involved, is determined by the amount of damages claimed in the conclusion of the complaint.

APPEAL from the *Cass* Circuit Court.

*Per Curiam.*—Suit commenced before a justice of the peace, on an account. Damages claimed, $99. Answer, by way of set-off, claiming judgment for $100. The case went by appeal to the Circuit Court. Judgment for the plaintiff, for a fraction over $80. No exceptions were taken in the cause. It is said the justice had not jurisdiction; but jurisdiction, as to amount, in a given cause, is determined by the amount of damages claimed in the conclusion of the complaint. *The Inhabitants, &c.* v. *Weir*, 9 Ind. 224.

May Term,
1861.

THE NEW
ALBANY, &c.
RAILROAD CO.
v.
WILSON.

The judgment is affirmed, with 5 per cent. damages, and costs.

*L. Chamberlain* and *J. Guthrie*, for the appellant.

